UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:

Byron Najman                                              Case No.: 19-23503-LMI
                                                          Chapter 13

    Debtor,
_____/

## NOTICE OF CHANGE OF ATTORNEY ADDRESS

Debtor, Byron Najman, by and through undersigned counsel and pursuant to the Federal Rules of Bankruptcy Procedure hereby serve this Notice of Change of Attorney Address.

Attorney's address "Mendez Law Offices, PLLC P.O. Box 228630, Doral, Florida 33172".

1. " is to be replaced by Attorney's new address "**Mendez Law Offices, PLLC**, **Diego German Mendez, P.O. Box 228630, Doral, Florida 33222".**

Respectfully submitted,

MENDEZ LAW OFFICES, PLLC
Attorney for Debtors
P.O. BOX 228630
Doral, Florida 33222
Telephone: 305.264.9090
Facsimile: 1.305.809.8474
Email: info@mendezlawoffices.com

By: /s_____
DIEGO GERMAN MENDEZ, ESQ.
FL BAR NO.: 52748